# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 851
:
ORDER APPROVING THE : SUPREME COURT RULES
AMENDMENT OF RULE 1128 OF :
THE PENNSYLVANIA : DOCKET
RULES OF JUVENILE COURT :
PROCEDURE :
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of October, 2020, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1128 of the Pennsylvania Rules of Juvenile Court Procedure is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on January 1, 2021.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.